UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Moises Reza, et al.,<br><br>　　　Plaintiffs<br><br>v.<br><br>Zuffa, LLC, et al.,<br><br>　　　Defendants | Case No.: 2:23-cv-00802-CDS-EJY<br><br><br><br><br><br>Case No.: 2:23-cv-01211-JAD-VCF |
| Saul Garcia,<br><br>　　　Plaintiff<br><br>v.<br><br>Zuffa, LLC,<br><br>　　　Defendant | Case No.: 2:23-cv-01259-JAD-VCF |
| Isaiah Sanchez,<br><br>　　　Plaintiff<br><br>v.<br><br>Zuffa, LLC,<br><br>　　　Defendant | |

Plaintiffs in three actions filed substantially similar false-advertising and unfair-competition cases against Zuffa, LLC dba Ultimate Fighting Championship (UFC), alleging that its automatic-renewal scheme for UFC's "Fight Pass" subscriptions violates California law.  The plaintiffs in the first-filed case also sue NeuLion USA, LLC, which is represented by the same attorneys that represent UFC.  UFC and NeuLion have filed a notice of related cases, alerting the court to the significant overlap in these matters.

Local Rule 42(a) provides that "[i]f a notice of related cases is filed, the assigned judges will determine whether the actions will be assigned to a single district judge or magistrate judge."[1] Because the related actions involve similar questions of fact and the same questions of law, and their assignment to the same district and magistrate judge is likely to effect a substantial savings of judicial effort, and because it would entail substantial duplication of labor if the actions continue to be heard by different district and magistrate judges, the court hereby transfers the subsequently filed related actions to District Judge Cristina D. Silva and Magistrate Judge Elayna J. Youchah for all further proceedings.

The Clerk of Court is THEREFORE ORDERED to **TRANSFER AND REASSIGN:**

Case No.: 23-cv-01211-JAD-VCF; and

Case No.: 23-cv-01259-JAD-VCF

to District Judge Cristina D. Silva and Magistrate Judge Elayna J. Youchah for all further proceedings.

Dated: August 25, 2023

_____
U.S. District Judge Cristina D. Silva

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] L.R. 42(a).

2